## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER FRANKLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:15CV1283 NCC** |
| | ) | |
| **CITY OF ST. LOUIS,** | ) | |
| **ST. LOUIS COUNTY,** | ) | |
| **JON BELMAR, and SAM DOTSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER OF DISMISSAL</u>

This matter is before the Court on Plaintiff Christopher Franklin's Motion to Dismiss without Prejudice (Doc. 64).  Plaintiff indicates that he has been charged with a class D felony in St. Louis County Circuit Court.  Therefore, Plaintiff requests leave to dismiss his case without prejudice to protect his Fifth Amendment privilege against self-incrimination and to avoid submitting to civil discovery regarding a pending criminal charge.  The remaining Defendants have not responded to Plaintiff's Motion and the time to do so has elapsed.[1]

Accordingly,

---

[1] Pursuant to E.D. Mo. Local Rule 4.01, a party opposing a motion to dismiss must file a memorandum in opposition within seven (7) days after being served with the motion.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss without Prejudice (Doc. 64) is **GRANTED** and this case is **DISMISSED, without prejudice**.

**IT IS FURTHER ORDERED** that, in light of the Court's decision to dismiss this case, Defendants City of St. Louis and Sam Dotson's Motion to Dismiss (Doc. 62) and Motion for Leave to File Reply Memorandum Out of Time (Doc. 68) and Defendants St. Louis County and Jon Belmar's Motion to Dismiss (Doc. 69) are **DENIED, without prejudice, as moot**.

Dated this 15th day of July, 2016.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE